IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------X
UNITED STATES OF AMERICA,
                         Plaintiff,      CR 07-3616

      -against-

                                       **ORDER**

RONALD VEGA,

                        Defendant.
-------------------------------------X

    **WHEREAS**, the defendant in the above captioned case has entered a plea of guilt and his sentence is pending, and

    **WHEREAS**, at the time of the plea counsel for the defendant moved to amend the bail conditions of the defendant so as to permit him to live with his family in the state of Florida pending sentence, and

    **WHEREAS**, the Government and pre-trial services have been notified of this request and each consents to the request,

    **IT IS ORDERED** that the pre-trial detention conditions are amended to permit the defendant to live with his family in the state of Florida pending the sentence in this case.

    Dated this 7th day of May, 2008.

                                           _____
                                         The Honorable Dennis M. Cavanaugh
                                             United States District Judge